**1066**

No. 1245. SCHOOL DISTRICT OF GREENVILLE COUNTY ET AL. *v.* WHITTENBERG ET AL. C. A. 4th Cir. Motion to dispense with printing petition granted. Certiorari denied. *J. Covington Parham, Jr.,* and *C. Thomas Wyche* for petitioners. *Jack Greenberg, James M. Nabrit III, Matthew J. Perry,* and *Donald J. Sampson* for respondents.

No. 1287. ABERSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Daniel H. Greenberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 1298. NEFF, ADMINISTRATRIX *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Richard W. Galiher* and *Charles J. Steele* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Robert V. Zener,* and *Kathryn H. Baldwin* for the United States.

No. 1176, Misc. KNOX *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Jack R. Winkler,* Deputy Attorney General, for respondent.

No. 1601, Misc. KIGER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *William C. Erbecker* for petitioner. *Solicitor General Griswold* for the United States.